UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

CASE NO. 15-cv-14444-Rosenberg/Lynch

DAVID POSCHMANN,

    Plaintiff,

v.

NATIONAL RETAIL PROPERTIES LP, and
SUNTRUST BANK

    Defendants.

_____

### JOINT STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANTS *WITH PREJUDICE*

Plaintiff David Poschmann ("Plaintiff") and Defendants National Retail Properties LP, and SunTrust Bank (collectively "Defendants"), by and through their respective undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the voluntary dismissal of this action with prejudice and that they have agreed to a settlement of all claims that were brought by Plaintiff against Defendants in this action as follows:

1. All claims that were brought by Plaintiff against Defendants in this action are hereby dismissed *with prejudice*.

2. The effectiveness of this Stipulation is conditioned upon the Court's entry of a Final Order retaining jurisdiction to enforce the terms of the parties' settlement agreement and dismissing this action with prejudice (the "Order"). The parties hereby stipulate and agree to the entry of the attached proposed Order and respectfully request that the Court enter the same.

MI-511388 v1

Dated:  July 19, 2016.

                                                          Respectfully submitted,

| | |
|---|---|
| Drew Levitt, Esq.<br>Lee Sarkin, Esq.<br>4700 N.W. Boca Raton Boulevard<br>Suite 302<br>Boca Raton, FL 33431<br>Tel:  561-994-6922<br><br>By: /s/ *Drew Levitt*_____<br>    DREW LEVITT<br>    Florida Bar No. 782246<br>    dml2@bellsouth.net<br>    LEE SARKIN<br>    Florida Bar No: 962848<br>    lsarkin@aol.com<br><br>*Counsel for Plaintiff David Poschmann* | **K&L Gates LLP**<br>Southeast Financial Center, Suite 3900<br>200 S. Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 539-3300<br>Facsimile: (305) 358-7095<br><br>By: __/s/ *Robert S. Hogue*_____<br>    CAROL C. LUMPKIN<br>    FL Bar No. 0797448<br>    carol.lumpkin@klgates.com<br>    STEPHANIE N. MOOT<br>    FL Bar No. 30377<br>    stephanie.moot@klgates.com<br>    ROBERT S. HOGUE<br>    FL Bar No. 0091155<br>    shawn.hogue@klgates.com<br><br>*Attorneys for Defendants National Retail Properties, LP and SunTrust Bank* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing on this 19th day of July 2016.

/s/ *Robert S. Hogue*
ROBERT S. HOGUE

## SERVICE LIST

### CASE NO.  15-cv-14444-Rosenberg/Lynch

Drew M. Levitt, Esq.
Lee D. Sarkin, Esq.
4700 N.W. Boca Raton Boulevard
Suite 302
Boca Raton, FL 33431
Telephone:  561-994-6922
Email:  dml2@bellsouth.net
            lsarkin@aol.com

*Counsel for Plaintiff David Poschmann*