UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-cv-14444-Rosenberg/Lynch

DAVID POSCHMANN,

    Plaintiff,

v.

NATIONAL RETAIL PROPERTIES LP, and
SUNTRUST BANK,

    Defendant.
_____/

### FINAL ORDER OF DISMISSAL *WITH PREJUDICE*

**THIS CAUSE** came before the Court upon the Joint Stipulation of Dismissal of Plaintiff's Claims Against Defendants *With Prejudice* ("Joint Stipulation") filed by Plaintiff David Poschmann ("Plaintiff") and Defendants National Retail Properties LP, and SunTrust Bank (collectively "Defendants"). The Court, having reviewed the Joint Stipulation, the Court file and being otherwise duly advised in the premises thereof, hereby **ORDERS AND ADJUDGES:**

    1. The Joint Stipulation is ratified, approved and adopted by the Court. All claims that were brought by Plaintiff against Defendants in this action are hereby dismissed *with prejudice*.

    The Court retains jurisdiction to enforce the terms of the parties' settlement agreement.

    **DONE and ORDERED** in Chambers, Fort Pierce, Florida, this 22nd day of July, 2016.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record